**Order entered November 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00859-CR

**DERIC EUGENE MADISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76000-U**

## ORDER

The Court has before it the November 12, 2015 request of court reporter Sasha Brooks for an extension of time to file the reporter's record. Ms. Brooks states that the trial court ordered the former official court reporter to surrender the notes of the case for preparation of the record by Ms. Brooks. We **GRANT** the extension request.

We **ORDER** court reporter Sasha Brooks to file the reporter's record in this appeal within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Sasha Brooks, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE